FILED
2021 APR 14 AM 9:38
CLERK
U.S. DISTRICT COURT

VANESSA M. MOORE (DC #1617837)
ALEXANDRA B. SHERERTZ
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Emails: vanessa.moore@usdoj.gov
alexandra.sherertz@usdoj.gov

MARK C. ELMER
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Email: mark.elmer@usdoj.gov

*Attorneys for Plaintiff United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. UNITED PARK CITY MINES COMPANY, *Defendant*. | **ORDER ON PLAINTIFF'S MOTION IN LIMINE (ECF NO. 184) AND DEFENDANT'S MOTIONS TO EXCLUDE (ECF NOS. 205 AND 210)** Case No. 2:19-cv-00200-BSJ District Judge Bruce S. Jenkins |

This matter is before the Court on Defendant United Park City Mines Company's ("UPCM") Motion to Exclude Christopher S. Osborne (ECF No. 205) and Motion to Exclude Wiley R. Wright III's Liability Opinion (ECF No. 210), Plaintiff United States'

1

Motion in Limine (ECF No. 184), the Parties' oppositions thereto (ECF Nos. 222, 224, and 225, respectively), and the Parties' replies (ECF Nos. 235, 237, and 226, respectively). A hearing on these motions was held before the Court on April 5, 2021. Vanessa Moore, Alexandra Sherertz, and Mark Elmer appeared on behalf of Plaintiff. Chris Hogle and Jeffrey Wood appeared on behalf of Defendant.

Having considered the motions, the oppositions, the replies, and the oral arguments of counsel as to ECF Nos. 205 and 210, it is hereby ORDERED as follows:

1. UPCM's Motion to Exclude Christopher S. Osborne (ECF No. 205) is DENIED without prejudice to UPCM's ability to object at trial to the admissibility of Mr. Osborne's assertions and opinions on the grounds that they are not relevant and would not be helpful to the trier of fact.

2. UPCM's Motion to Exclude Wiley R. Wright III's Liability Opinion (ECF No. 210) is DENIED without prejudice to UPCM's ability to object at trial to the admissibility of specific assertions and opinions by Mr. Wright concerning whether any cost sought by the United States is a "Future Response Cost" within the meaning of the parties' settlement agreement.

3. The United States' Motion in Limine (ECF No. 184) is DENIED without prejudice as it is premature to decide at this time.

IT IS SO ORDERED.

DATED this 14th day of April, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Bruce S. Jenkins
　　　　　　　　　　　　　　　　　　United States Senior District Judge