FILED
2021 APR 19 AM 10:58
CLERK
U.S. DISTRICT COURT

VANESSA M. MOORE (DC #1617837)
ALEXANDRA B. SHERERTZ
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Emails: vanessa.moore@usdoj.gov
alexandra.sherertz@usdoj.gov

MARK C. ELMER
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Email: mark.elmer@usdoj.gov

*Attorneys for Plaintiff United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 179) AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 215) |
|---|---|
| *Plaintiff*, | |
| v. | |
| UNITED PARK CITY MINES COMPANY, | |
| *Defendant*. | Case No. 2:19-cv-00200-BSJ |
| | District Judge Bruce S. Jenkins |

This matter is before the Court on Defendant United Park City Mines Company's ("UPCM") Motion for Partial Summary Judgment (ECF No. 179), Plaintiff United

1

States' Motion for Partial Summary Judgment (ECF No. 215), the Parties' oppositions thereto (ECF Nos. 238 and 227, respectively), and the Parties' replies (ECF Nos. 247 and 246, respectively). A hearing on these motions was held before the Court on April 8, 2021. Alexandra Sherertz, Vanessa Moore, and Mark Elmer appeared on behalf of Plaintiff. Chris Hogle and Jeffrey Wood appeared on behalf of Defendant.

Having considered the motions, the oppositions, the replies, and the oral arguments of counsel as to ECF Nos. 179 and 215, it is hereby ORDERED as follows:

1. UPCM's Motion for Partial Summary Judgment (ECF No. 179) is DENIED.
2. The United States' Motion for Partial Summary Judgment (ECF No. 215) is GRANTED IN PART and DENIED IN PART. The United States' Motion is GRANTED IN PART that UPCM is liable for a $50,000 stipulated penalty as a result of EPA's work takeover. The United States' Motion is otherwise DENIED.

IT IS SO ORDERED.

DATED this **16TH** day of April, 2021.

19-cv-200

*[Signature]*

The Honorable Bruce S. Jenkins
United States Senior District Judge